# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

## VA 1-955-609

**Effective Date of Registration:**
April 10, 2015

---

## Title

| | |
|---|---|
| **Title of Work:** | Pro Nature Stock by Mike Briner 2006 Pub. 2006 |
| **Previous or Alternate Title:** | 5 Group Registration Photos Pub. Aug 2, 2006 through Nov 6, 2006 |
| **Content Title:** | mbp2014, Aug. 2, 2006;<br>mbp2074, Aug. 2, 2006;<br>mbp1177, Aug. 5, 2006;<br>mbp2006, Aug. 12, 2006;<br>mbp2092, Nov. 6, 2006; |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2006 |
| **Date of 1st Publication:** | August 02, 2006 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Mike Briner |
| **Author Created:** | photograph |
| **Work made for hire:** | No |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Mike Briner<br>3005 FOX RIDGE DR, COLUMBUS, IN, 47203, United States |

## Certification

| | |
|---|---|
| **Name:** | Mike Briner |
| **Date:** | April 10, 2015 |

| | |
|---|---|
| **Copyright Office notes:** | Regarding registration of multiple works: registered as a group of published photographs |

Page 1 of 2

Regarding publication: Range of publication dates is 08/2/2006 to 11/6/2006